No. 330, Misc.   CALARCO *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 355, Misc.   HERMAN ET AL. *v.* HERMAN ET AL. Court of Appeals of New York.   Certiorari denied. *Bernard H. Sandler, David Schenker* and *Benjamin Schenker* for M. Edward Herman, petitioner. *John C. Marbach* for Helen Herman, respondent.

No. 356, Misc.   FONTANO *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 357, Misc.   GIBSON *v.* LAINSON, WARDEN.   Supreme Court of Iowa.   Certiorari denied.

No. 394, Misc.   CHANDLER *v.* SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 399, Misc.   BRADFORD *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 405, Misc.   RZEPPA *v.* MICHIGAN ET AL.   Supreme Court of Michigan.   Certiorari denied.

No. 406, Misc.   GREENE *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 409, Misc.   HORTON *v.* SKEEN, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.